# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JARED A. GOODEARLE**  **PLAINTIFF**
**ADC #179319**

**V.**               **NO. 4:24-cv-00117-KGB-ERE**

**HENRY**            **DEFENDANT**

## ORDER

On February 9, 2024, *pro se* plaintiff Jared A. Goodearle, an Arkansas Division of Correction inmate at the Ouachita River Unit, filed a complaint under 42 U.S.C. § 1983 alleging that Defendant Henry has been deliberately indifferent to his medical needs. *Doc. 2*.

Mr. Goodearle's claims arose in Malvern, Arkansas, where Defendant Henry is located. Malvern, Arkansas is in the Western District of Arkansas. Venue is proper in the judicial district where "any defendant resides" or where "a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b). Accordingly, venue is not proper in this district. Rather than dismiss the case for improper venue, the Court will transfer the case to the Western District, where venue is proper. See 28 U.S.C. § 1406(a) (providing that the "district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought").

IT IS THEREFORE ORDERED THAT the Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas.

So Ordered 12 February 2024.

_____
UNITED STATES MAGISTRATE JUDGE